# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMMIE THOMAS,<br><br>    Defendant. | No. 1:17-cr-00291-DAD-BAM<br><br>ORDER RELATING AND REASSIGNING CASES |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM THOMAS,<br><br>    Defendant. | No. 1:17-cr-00292-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL CRUZ III,<br><br>    Defendant. | No. 1:17-cr-00293-DAD-BAM |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY WILLIS and GARY PIERSON,<br><br>    Defendants. | No. 1:17-cr-00294-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMMIE THOMAS and BRYSHANIQUE ALLEN,<br><br>    Defendants. | No. 1:17-cr-00295-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMMIE THOMAS and LUIS FERNANDEZ,<br><br>    Defendants. | No. 1:17-cr-00296-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MYRON DEWBERRY,<br><br>    Defendant. | No. 1:17-cr-00297-LJO-SKO |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LADAIREUS JONES,<br><br>　　　　Defendant. | No. 1:17-cr-00298-LJO-SKO |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BERNARD WARREN,<br><br>　　　　Defendant. | No. 1:17-cr-00299-LJO-SKO |

Based on this court's review of pending litigation in the Eastern District of California, it appears that the above-referenced action entitled *United States v. Tommie Thomas*, Case No. 1:17-cr-00291-DAD-BAM, is related under this court's Local Rule 123 to the following actions: (1) *United States v. William Thomas*, Case No. 1:17-cr-00292-LJO-SKO; (2) *United States v. Manuel Cruz III*, Case No. 1:17-cr-00293-DAD-BAM; (3) *United States v. Danny Willis, et al.*, Case No. 1:17-cr-00294-LJO-SKO; (4) *United States v. Tommie Thomas, et al.*, Case No. 1:17-cr-00295-LJO-SKO; (5) *United States v. Tommie Thomas, et al.*, Case No. 1:17-cr-00296-LJO-SKO; (6) *United States v. Myron Dewberry*, Case No. 1:17-cr-00297-LJO-SKO; (7) *United States v. Ladaireus Jones*, Case No. 1:17-cr-00298-LJO-SKO; and (8) *United States v. Bernard Warren*, Case No. 1:17-cr-00299-LJO-SKO. All of these actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district and magistrate judges in the above entitled matters have not engaged in those actions in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate cases. Good cause appearing, the court orders that the cases listed below are hereby reassigned to U.S. District Judge Dale A.

Drozd and U.S. Magistrate Judge Barbara A. McAuliffe.

Accordingly, all documents filed in the above referenced actions shall now bear the following case numbers:

**1:17-cr-00292-DAD-BAM**

**1:17-cr-00294-DAD-BAM**

**1:17-cr-00295-DAD-BAM**

**1:17-cr-00296-DAD-BAM**

**1:17-cr-00297-DAD-BAM**

**1:17-cr-00298-DAD-BAM**

**1:17-cr-00299-DAD-BAM**

IT IS SO ORDERED.

Dated: **December 20, 2017**

UNITED STATES DISTRICT JUDGE