1  PHILLIP A. TALBERT
United States Attorney
2  ANGELA L. SCOTT
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 1:17-CR-00293-DAD-BAM

12                       Plaintiff,     ORDER TO DISMISS CASE

13              v.

14  MANUEL CRUZ III,

15                       Defendant.

16

17      Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court

18  hereby GRANTS the government's motion and gives the government leave to dismiss the complaint and

19  indictment in this matter without prejudice as against defendant MANUEL CRUZ III.

20  IT IS SO ORDERED.

21    Dated:   **August 8, 2022**              _____

22                                             UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1